1  Name: Cedric L. Anderson
2  Address: 9710 Woodway Dr.
3  Dallas, Texas 75217
4  Phone: _____
5  Fax: _____
6  In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Cedric L. Anderson<br><br>Plaintiff<br><br>v.<br><br>Law Office of Timothy Martella<br>SUPPLEMENTAL PURSUANT TO Fed. R. Civ. P. 10<br><br>Defendant(s). | CASE NUMBER:<br><br>2:15-cv-05628-AB-PLA<br><br>SUPPLEMENTAL BRIEF IN OPPOSITION TO<br>LASSITER V. DEP'T OF SOC. |

17  fdafagag

19  I. INTRODUCTION

21  Plaintiff acknowledges the Court presenting for the FIRST TIME a NEW argument found in
22  Lassiter v. Dep't of Soc. Servs., 452 U.S. 18, 101 S. Ct. 2153, 68 L. Ed. 2d 640 (1981); Storset v.
23  Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981).

25  The Court's use of this Case Law is in legal error based upon U.S. Supreme Court and California
26  Case Law.
27  ///
28  (continued on next page)                                                                 Page 1 of 3

CV-127 (09/09)          **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

## II. INCORPORATE DOCUMENT

Plaintiff Incorporate the arguments and cases cited in, "OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION."

    See Summary Section on Page 2 of 29 pages

    See in Document 29, Cited Case Law for Due Process on Page 8 and 9 of section, "VI. ERROR OF LAW IN APPLICATION OF LASSITER V. DEP'T OF SOC. SERVS."

## III. SUMMARY

In California Courts, the U.S. Constitutional right to Counsel in Dependency Hearings is ALSO determined upon the possibility of Loss of Physical Liberty or 14th Amendment Fundamental Fairness.

## III. FIRST EXCEPTION TO LASSITER BASED UPON LOSS OF PHYSICAL LIBERTY

Lassiter v. Department of Social Servs. of Durham Cty., 452 US 18 - Supreme Court 1981 at 25 (The pre-eminent generalization that emerges from this Court's precedents on an indigent's right to appointed counsel is that such a right has been recognized to exist only where the litigant may lose his physical liberty if he loses the litigation.)

Plaintiff deaf, faced three separate investigations of child abuse across two different states concerning physical, emotional and sexual abuse of 8 children, which could ultimately result in loss of physical liberty.

///

(continued on next page)

Additionally It can easily be inferred the fraudulent representation, extrinsic fraud and Defendant threats to Plaintiff upon any submission of the evidence that they would have him arrested on false allegations culminated to Plaintiff lost of his physical liberty by a false arrest or malicious prosecution.

Respectfully Submit on 4th October, 2016,

Cedric Anderson
ANDERSON, CEDRIC

4th OCT 2016
Date

Executed Inside the United States, its Territories, Possessions, or Commonwealths.

"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct."

Executed on

4th OCT 2016
~~7/10/2016~~

(date).

Cedric Anderson
(Signature)

///
///

Page 3 of 3

CV-127 (09-09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT