# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CEDRIC L. ANDERSON, | ) | No. CV 15-5628-AB (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LAW OFFICE OF TIMOTHY MARTELLA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order accepting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: January 19, 2017

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE